AO 93C (Rev. 8/18) Warrant by Telephone of Other Reliable Electronic Means (Page 2)

## Return

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| LA-3681741 | 3-30-2023 / 0730 | ALEX MILINOVIC |

Inventory made in the presence of:
D. FRENCH

Inventory of the property taken and name of any person(s) seized:

(1) GRAY DJI DRONE IN BLACK BAG
(1) BLACK DJI DRONE IN BLACK BACKPACK
(1) SILVER APPLE iPHONE 8 W/ CASE

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 4-7-2023

_____
Executing officer's signature

D. FRENCH, TFO
Printed name and title